IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

B 01 - 83

United States Courts
Southern District of Texas
FILED

APR 0 9 2001

Michael N. Milby, Clerk

Antonio Bejaran Jr. #898233
Plaintiff's name and ID Number

Dominguez St jail
6535 Cagnon rd San Antonio tx, 78252
Place of Confinement

CASE NO. H 01 -1167
(Clerk will assign the number)

v.

Yolanda de León
974 Harrison Brownsville, TX, 78520
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ANTONIO BEJARAN, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment      Yes☐ No☑
    b. Rent payments, interest or dividends?              Yes☐ No☑
    c. Pensions, annuities or life insurance payments?    Yes☐ No☑
    d. Gifts or inheritances?                             Yes☐ No☑
    e. Family or friends?                                 Yes☐ No☑
    f. Any other sources?                                 Yes☐ No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____
    _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
        Yes☐        No☑
    If you answered YES, state the total value of the items owned.

    _____
    _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

excluding ordinary household furnishings and clothing?

     Yes ☐      No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __5TH__ day of __April__, 19__01__

_Antonio Bejaran, Jr._
  Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        04/06/01
BX21/RCA2845                 IN-FORMA-PAUPERIS DATA               06:33:31
TDCJ#: 00898233 SID#: 01865976 LOCATION: DOMINGUEZ UNI    INDIGENT DTE: 03/12/01
NAME: BEJARAN,ANTONIO JR               BEGINNING PERIOD: 10/01/00
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.28 TOT HOLD AMT:         0.00 3MTH TOT DEP:      40.00
6MTH DEP:            90.00 6MTH AVG BAL:        10.42 6MTH AVG DEP:      15.00
MONTH  HIGHEST BALANCE  TOTAL DEPOSITS   MONTH  HIGHEST BALANCE  TOTAL DEPOSITS
03/01      33.43              0.00       12/00      12.08              0.00
02/01      40.00             40.00       11/00      44.93              0.00
01/01       0.03              0.00       10/00      50.00             50.00
PROCESS DATE    HOLD AMOUNT      HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _BEXAR_
ON THIS THE _6_ DAY OF _APRIL_ _2001_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Robert Daniel Caffey_



ROBERT DANIEL CAFFEY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-16-2004

ClibPDF - www.fastio.com