B 01- 83

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 7 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ANTONIO BEJARAN, JR., | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-01-1167 |
| | § | |
| YOLANDA DE LEON, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254. He challenges a conviction in the 107th Judicial District Court of Cameron County, Texas.

Petitioner has filed an affidavit seeking leave to proceed in forma pauperis. Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Southern District of Texas, Brownsville Division.

Petitioner's motion to proceed in forma pauperis, (Docket Entry No. 2),

P:\SR\FORMSHC.VENUE.GIL

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
    Deputy Clerk

#3

is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on \_\_\_May 4\_\_\_, 2001.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE