```
                                                    United States District Court
                                                    Southern District of Texas
                                                              FILED

         IN THE UNITED STATES DISTRICT COURT         SEP 1 2 2001
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION                Michael N. Milby
                                                      Clerk of Court
```

| | |
|---|---|
| ANTONIO BEJARAN, JR., § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. B-01-083 |
| § | |
| YOLANDA DE LEON, § | |
| Respondent. § | |
| § | |
| § | |

### MOTION TO SUBSTITUTE JANIE COCKRELL AS RESPONDENT FOR YOLANDA DE LEON WITH BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division ("the Director"), by and through her attorney, the Attorney General of Texas, and files this Motion to Substitute Janie Cockrell as Respondent for Yolanda De Leon with Brief in Support.

**I.**

On July 16, 2001, the Office of the Attorney General of Texas received an Order to Show Cause from this court ordering this office to respond to the Petition for a Writ of Habeas Corpus of Antonio Bejaran, Jr., ("Bejaran"). John Cornyn, the Attorney General of Texas, is not entering an appearance for Yolanda De Leon, but only for Janie Cockrell, the Director. The Director moves this court to substitute her as the respondent.

## II.

Bejaran is in the lawful custody of the Dominguez State Jail Unit pursuant to judgments of the District Court of Cameron County, Texas, in cause numbers 99-CR-780-A, 99-CR-781-A, 99-CR-782-A. Consequently the Director has custody of Bejaran and is the proper respondent as it is she, who upon court order, has the authority to release Bejaran from custody. The Rules Governing Section 2254 Cases, Rule 2(a), provides that "the state officer having custody of the applicant shall be named as respondent." Further, the Advisory Committee Note following Rule 2 provides that *"[t]he attorney general is in the best position to inform the court as to who the proper party respondent is. If it is not the attorney general, he can move for a substitution of party."* (emphasis added). In the instant case, the proper party respondent is Janie Cockrell, the Director of TDCJ-ID. Furthermore, Yolanda De Leon was a corrections officer as TDCJ-ID, but is no longer employed there and thus would not have authority to release Bejaran from custody. Thus Yolanda De Leon is not a proper party in this habeas action.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that her Motion to Substitute Janie Cockrell as Respondent for Yolanda De Leon be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

2

         S. MICHAEL BOZARTH
         Assistant Attorney General
         Chief, Habeas Corpus Division

*Attorney in Charge      _____
         ELLEN STEWART-KLEIN*
         Assistant Attorney General
         State Bar No. 24028011
         Southern District Bar No. 27861

         P. O. Box 12548, Capitol Station
         Austin, Texas  78711
         (512) 936-1400
         Fax No. (512) 936-1280

         ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Antonio Bejaran, Jr., petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

         _____
         ELLEN STEWART-KLEIN
         Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Ellen Stewart-Klein, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated, and is proceeding *pro se* in this cause. Respondent will assume that petitioner will oppose this motion.

                                            ELLEN STEWART-KLEIN
                                            Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Ellen Stewart-Klein, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Motion to Substitute Janie Cockrell as Respondent for Yolanda Deleon with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 10th day of September, 2001, addressed to:

Antonio Bejaran, Jr.
TDCJ-ID No. 898233
Dominguez Unit
6535 Cagnon Road
San Antonio, Texas 78252

                                            ELLEN STEWART-KLEIN
                                            Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *ANTONIO BEJARAN, JR.,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | Civil Action No. B-01-083 |
| | § | |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered Motion to Substitute Janie Cockrell as Respondent for Yolanda De Leon with Brief in Support, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Janie Cockrell, Director, Texas Department of Corrections, Institutional Department, is substituted as the Respondant in this matter and Yolanda De Leon is withdrawn.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING