7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO BEJARAN, JR., | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-01-083 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**ORDER**

Came on this day to be considered Motion to Substitute Janie Cockrell as Respondent for Yolanda De Leon with Brief in Support, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Janie Cockrell, Director, Texas Department of Corrections, Institutional Department, is substituted as the Respondant in this matter and Yolanda De Leon is withdrawn.

SIGNED on this the 14th day of September, 2001.

_____
JUDGE PRESIDING