10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIO BEJARAN,<br>Petitioner,<br><br>vs.<br><br>JANIE COCKRELL, Director,<br>Texas Department of Criminal<br>Justice, Institutional Division,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION No. B-01-083<br>§<br>§<br>§<br>§<br>§<br>§ |

**MOTION FOR AN EXTENSION SHOWING
EXCUSABLE NEGLECT OR GOOD CAUSE
FOR FAILURE TO FILE NOTICE OF
APPEAL WITHIN 30 DAYS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW petitioner ANTONIO BEJARIN, appearing through pro se representation and files this motion showing excusable neglect or good cause why the petitioner failed to file NOTICE OF APPEAL within 30 days as provided by Rule 4 of the Rules of Appellate Procedure.

I

During the time the Court accepted the Magistrate Judge's Report and Recommendation in the above referenced case, and after a de novo review of the entire file and Honorable federal judge Hilda G. Tagle signed the order adopting the report, petitioner was in transit from the Dominguez State Jail in San Antonio, Texas to the Rufe Jordan Unit in Pampa, Texas.

II

Petitioner had no access to a law library, nor even knew

1

of the order signed on November 6, 2001. Petitioner's mail was not delivered until November 26, 2001 and it was delivered via TDCJ truck mail. Legal mail finally caught up with petitioner on/or about the first of December 2001.

### III

Petitioner being new on the Rufe Jordan unit was unaware of procedures and was not allowed in the law library without submitting an I-60 to staff to use the law library for two (2) hours on any given day. Use of the law library is by staff permission only and only after receiving a lay-in to do so.

### IV

Due to up-coming holiday season the law library has been closed more often and has not been available to inmates as usual.

**THEREFORE,** petitioner prays this Honorable Court will extend the date to file NOTICE OF APPEAL in this case for 60 days or until an appropriate date set by this court is received by the petitioner. Petitioner was genuinely impeded by the transfer from one unit to another, genuine lack of legal knowledge and procedures on petitioner's part.

Date: December 28, 2001

Respectfully submitted,

*Antonio Bejaran*
Antonio Bejarin # 898233
Rufe Jordan Unit
1992 Hilton Road
Pampa, Texas 79065

2

## CERTIFICATE OF SERVICE

I ANTONIO BEJARAN, hereby certify that a true and correct copy of the above and foregoing has been ~~sent via first class~~ mail too: Ellen Stewart-Klein, Assistant Attorney General, P.O. Box 12548 Captial Station, Austin, Texas 78711-2548.

*Antonio Bejaran*
Antonio Bejaran