# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 0 9 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ANTONIO BEJARAN | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-083 |
| | * | |
| JANIE COCKRELL, Director | * | |
| Texas Department of Criminal Justice, | | |
| Institutional Division | | |

## O R D E R

The Court, having considered Petitioner ANTONIO BEJARAN's Motion for Extension of Time to File Notice of Appeal, is of the opinion that the Motion should be and is hereby GRANTED.

Petitioner BEJARAN is ORDERED to file within thirty (30) days from the date of this order, an application for certificate of appealability pursuant to Antiterrorism and Effective Death Penalty Act of 1966, F.R.App. P. 22(b). No further extensions will be granted.

DONE at Brownsville, Texas, this 8th day of January 2002.

Felix Recio
United States Magistrate Judge