

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2002

Michael N. Milby
Clerk of Court

ANTONIO BEJARAN,          §
                          §
PETITIONER,               §
                          §
V.                        §
                          §
JANIE COCKRELL, DIRECTOR, §    CIVIL ACTION NO. B-01-083
                          §
TEXAS DEPT. OF CRIMINAL   §
                          §
JUSTICE, INST. DIVISION,  §
                          §
RESPONDENT.               §

## MOTION FOR LEAVE TO AMEND BY RIGHT
## CERTIFICATE OF APPEALABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW ANTONIO BEJARAN, PETITIONER PRO SE, AND FILES THIS HIS MOTION FOR LEAVE TO AMEND BY RIGHT, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 15. INASMUCH, PETITIONER WOULD OFFER THIS COURT THE FOLLOWING:

I.

## MOTION TO AMEND

    PETITIONER FILED HIS CERTIFICATE OF APPEALABILITY IN THIS COURT ON OR ABOUT FEBRUARY 5, 2002, AND BECAUSE THIS FILING

(1)

ADDRESSES ISSUES SEPERATE FROM HIS ORIGINAL HABEAS PETITION, NAMELY TITLE 28U.S.C.§2244(3) A.E.D.P.A. STATUTE OF LIMITATIONS, THE PETITIONER MOVES THIS COURT ALLOW HIM TO AMEND HIS FILING BY RIGHT, AS A FIRST AMENDMENT IN ACCORDANCE WITH RULE 15(A).

IN SUPPORT, THE PETITIONER WOULD OFFER THAT HIS GRASP OF THE ENGLISH LANGUAGE IS NOMINAL AT BEST, AND HE DID NOT UNDERSTAND THE ISSUE FOR APPEAL HAD SHIFTED FROM HIS HABEAS ASSERTIONS, OF INEFFECTIVE ASSISTANCE OF COUNSEL, TO THE AEDPA STATUTE OF LIMITATIONS. A QUICK GLANCE AT HIS ORIGINAL "PETITION FOR CERTIFICATE OF APPEALABILITY" WILL SUPPORT THIS ASSERTION. AND SO, THE PETITIONER HAS SOUGHT HELP IN THESE FILINGS, HENCE THIS REQUEST, AND AMENDED CERTIFICATE OF APPEALABILITY.

FURTHER, THE PETITIONER OFFERS CONSTITUTIONAL ISSUES FOR HIS C.O.A. WHICH HAVE NEVER BEEN PASSED ON BY THIS COURT, OR ANY OTHER TO THE PETITIONER'S KNOWLEDGE, AND SO REQUESTS THE COURT TO ACCEPT THIS MOTION.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS THIS HONORABLE COURT GRANT THIS MOTION FOR LEAVE TO AMEND, AND ACCEPT PETITIONER'S AMENDED CERTIFICATE OF APPEALABILITY.

RESPECTFULLY SUBMITTED,

*Antonio Bejaran*
ANTONIO BEJARAN #898233
PETITIONER PRO SE