

CAB-01-83

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO BEJARAN, JR., | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION NO. H-01-1167 |
| | § | |
| YALANDA DE LEON, | § | |
| Respondent. | § | |

**ORDER**

On May 4, 2001, this court transferred this petition for a writ of habeas corpus to the Brownsville Division of the Southern District of Texas. (Docket Entry No. 3). On November 6, 2001, that court adopted the United States Magistrate Judge's recommendation that the respondent's motion to dismiss as time-barred, be granted.

On February 4, 2002, the petitioner filed a pleading entitled, "Petition for a Certificate of Appealability," which was addressed to the Brownsville Division. It appears that the petitioner inadvertently forwarded his motion for a certificate of appealability to this court.

O:\SR\VDG\01-1167.A01

Petitioner's motion for certificate of appealability, (Docket Entry No. 4), is DENIED without prejudice to reconsideration by the Brownsville Division. The Clerk is directed to send a copy of Docket Entry No. 4 to the Clerk of the Southern District of Texas, Brownsville Division.

SIGNED at Houston, Texas, on April 29, 2002.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE