*17*

United States District Court
Southern District of Texas
FILED

AUG 19 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES
COURT OF APPEALS 5TH CIRCUIT

ANTONIO BEJARAN,
   Petitioner, Pro/se

v.

JANIE COCKRELL, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,
Respondent,

CIVIL ACTION NO. H-01-1167
Under 28 U.S.CA § 636 (C) 3
and 28 U.S.CA § 636 (C) 5

C A 8-01-83

U.S. COURT OF APPEALS
RECEIVED
AUG 19 2002
NEW ORLEANS, LA

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is Hereby GIVEN THAT ANTONIO BEJARAN, Petitioner in the above named cuase, hereby appeals to the UNITED STATES COURT OF APPEALS FOR THE FITH CIRCUIT from the denial of Petitutioner's Certificate of Appealability and Denial of Petitutioner's Application for WRIT of Habeas Corpus. Entered in CIVIL Action NO.-H-01-1167 on the 12TH DAY of July, 2002 which he revieved on the 18TH day of July 2002

*Antonio Bejaran Jr*
ANTONIO BEJARAN I.D# 898233
JORDAN UNIT J-3-I-111-B
1992 Hilton Road
PAMPA, TEXAS 79065