UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO BEJARAN,<br>Petitioner,<br><br>v.<br><br>JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§   CIVIL ACTION NO. B-01-083<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Petitioner Bejaran's "Petition for a Certificate of Appealability" (Doc. #18). This Court has already recommended that Petitioner's Application for a Certificate of Appealability be DENIED, and the district court adopted the report on July 12, 2002 (Doc. #16). Therefore, this Court is hereby divested of jurisdiction to hear any further pleadings in regard to this cause of action, and the District Clerk's office is hereby ordered to close this case.

DONE at Brownsville, Texas, this 21st day of October, 2002.

Felix Recio
United States Magistrate Judge