-----------------
No. 02-41396
-----------------

ANTONIO BEJARAN, JR

Petitioner - Appellant

v.

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

Respondent - Appellee

C A B - 01 - 83

... S. COURT OF APPEALS
FILED

FEB 2 6 2003

CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED

FEB 2 8 2003

Michael N. Milby
Clerk of Court

ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this
26th day of February, 2003, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Tabitha Casimier/Tobias, Deputy Clerk

FOR THE COURT - BY DIRECTION

Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy

New Orleans, Louisiana

Case 1:01-cv-00083    Document 20    Filed in TXSD on 02/28/2003    Page 2 of 2



IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U. S. COURT OF APPEALS
**F I L E D**

FEB 2 4 2003

CHARLES R. FULBRUGE III
CLERK

ANTONIO BEJARAN,

V.                                    CIVIL ACTION # 02-41396

JANIE COCKRELL,


## MOTION TO DISMISS APPEAL


Under the provisions of the 5th Cir.R.42.1, I hereby move
to voluntarily Dismiss the appeal in this case.


Febuary 17,2003


ANTONIO BEJARAN #898233